DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PEANUT ISLAND ENTERPRISES, INC.,**
Appellant,

v.

**CHANGING TIDES TRANSITIONAL LIVING, LLC, et al,**
Appellee.

No. 4D19-3362

[September 24, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott R. Kerner, Judge; L.T. Case No. 502017CA010842XXXXMB.

Larry M. Mesches of Mesches & Johnson, P.L., Palm Beach Gardens, for appellant.

Robert P. Summers and Jessica M. Vanvalkenburgh of Norman, Melby & Schultz P.A., Stuart, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***